**Opinion issued January 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01097-CV

————————————

## IN RE MELISSA GIESEN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Melissa Giesen, has filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52.1. The related action pending in the trial is a suit to modify the parent-child

relationship.[*]  In her mandamus petition, Giesen requests this Court to order respondents to vacate the "Temporary Orders in Suit to Modify Parent-Child Relationship" signed on July 20, 2012.

We deny Giesen's petition for writ mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

---

[*]   The underlying case is *In the Interest of [N.T.S., T.L.S. and W.W.S.], Children*, cause number 2010–78935, pending in the 245th District Court of Harris County, Texas. Giesen identifies the Honorable Roy Moore, presiding judge of the 245th District Court, and the Honorable Annette Kuntz, who acted as a visiting judge in the trial court, as respondents.